UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-637 |
| LEONA BELDINI | : | O R D E R |

This matter having come before the Court by its complex case order directing the parties to appear for a scheduling conference on October 13, 2009; and a status conference on discovery having been held before the Court on that date, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (Sandra L. Moser, Assistant U.S. Attorney, appearing) and defendant Leona Beldini being represented by Brian Neary, Esq.;

IT IS on this 15th day of October, 2009, ORDERED that:

Defendant's motions shall be filed on or before December 2, 2009;

The Government's response shall be filed on or before December 30, 2009;

Hearing on such motions shall be held on January 13, 2009, and

Trial in the above-captioned matter shall commence on January 20, 2009, or a date to be determined by this Court.

_____
HONORABLE JOSE L. LINARES
United States District Judge