UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Criminal No. 09-637 |
| | : | |
| LEONA BELDINI | : | **AMENDED PROTECTIVE ORDER** |

This application having been opened to the Court by the
United States (Paul J, Fishman, United States Attorney, by Sandra
L. Moser and Thomas R. Calcagni, Assistant U.S. Attorneys,
appearing) under Rule 16(d)(1) of the Federal Rules of Criminal
Procedure for an amended protective order limiting disclosure of
protected materials that will be provided to defense counsel
pursuant to the Court's standing discovery order to include (a)
recorded conversations of defendant Beldini and others; (b) wire
and electronic communications intercepted pursuant to 18 U.S.C. §
2510 et seq.; (c) transcripts of recorded conversations and
intercepted communications; (d) investigative agency reports; (e)
e-mail correspondence; (f) SMS text message correspondence; (g)
testimonial and non-testimonial transcripts (h) search warrant
materials; (i) plea materials and (j) affidavits (collectively,
the "Protected Materials"); and

An initial protective order having been granted by this
Court on September 11, 2009, for good cause shown, that limited
the disclosure of: (a) recorded conversations of defendant
Beldini and others; (b) wire and electronic communications

intercepted pursuant to 18 U.S.C. § 2510 et seq.; and (c)

investigative agency reports; and

For good cause shown,

IT IS on this 23rd day of December, 2009,

ORDERED that:

1.  The Protected Materials shall not be disclosed to
    anyone other than defendant, defendant's counsel and
    any agent working at the direction of defense counsel
    in this matter;

2.  The Protected Materials only will be used in the
    preparation of the defense in this case and
    notwithstanding the provisions of Paragraph 1, the
    defense shall be permitted to review, with prospective
    witnesses and their counsel, all materials referenced
    in Paragraph 1 to the extent necessary to prepare the
    defense;

3.  Notwithstanding any other provision, the defense shall
    be permitted to disclose any materials provided in
    Paragraph 1 in connection with the filing of the
    defendant's motions with the Court, or for use at
    trial; and

2

4.  If there is a need prior to trial or during trial to
    disclose the Protected Materials beyond that permitted
    by this Order, then the defendant will make an
    application to the Court upon notice to the government,
    requesting authorization.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

3

Accepted and Acknowledged:

UNITED STATES ATTORNEY
PAUL J. FISHMAN

BY: _____
SANDRA L. MOSER
Assistant U.S. Attorney

Defendant LEONA BELDINI
(by her counsel)

_____
Brian Neary, Esq.

4