# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

            Hon. Jose L. Linares
            U.S. District Judge

LEONA BELDINI,

            Crim. No.: 2:09-cr-00637-JLL

    Defendants.

            **ORDER FOR BRIEFING SCHEDULE FOR MOTION FOR JUDGEMENT OF ACQUITTAL**

- - - - - - - - - - - - - - - - - - - - - - - X

THIS MATTER having come before the Court on motion of counsel for defendant Leona Beldini, (Brian J. Neary, Esq., appearing), pursuant to Federal Rule of Criminal Procedure 29 for a judgment of acquittal or a new trial, and counsel for the Government (Thomas Calcagni and Sandra Moser, appearing), and for Good Cause Shown:

IT IS on this ___1ˢᵗ___ day of ~~February~~ March, 2010

**ORDERED** that:

Defendant's motion shall be filed on or before March __19__, 2010;

The Government's Response shall be filed on or before April __19__, 2010

Hearings on the motion shall be held on __May 7, 2010~~, 2010~~, at 1:30PM.__

_____
Honorable Jose L. Linares, U.S.D.J.