

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

Sandra L. Moser

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*(973)645-2700*

March 3, 2010

**VIA HAND DELIVERY**

The Honorable Jose L. Linares, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

    Re:    United States v. Leona Beldini
              Crim. No. 09-637 (JLL)

Dear Judge Linares:

By this letter, the Government confirms the Court's newly-designated date and time of **May 21, 2010 at 10:30 a.m.** for oral argument on post-trial motions in the above-referenced matter.

                                Respectfully submitted,

                                PAUL J. FISHMAN
                                United States Attorney

                       By: SANDRA L. MOSER
                                Assistant U.S. Attorney

cc.   Brian J. Neary, Esq.
       (via facsimile and mail)

SO ORDERED: /s/ Jose L. Linares
DATED: 3-4-10