NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONA BELDINI,<br><br>Defendant. | Criminal Action No.: 09-637 (JLL)<br><br><br>**ORDER** |

On March 19, 2010, Defendant filed a motion for a judgment of acquittal or dismissal of Counts 4 and 5 of the Superseding Indictment. In the motion Defendant also argued that a new trial was warranted because of an error in the jury charges with respect to these counts and because of allegedly improper prosecutor statements made in the Government's closing rebuttal. The Court held a hearing on these motions on May 24, 2010. The Court considered the submissions of the parties and the arguments made at the hearing, and, for the reasons set forth on the record at the May 24 hearing,

It is on this 2nd day of June, 2010,

**ORDERED** that Defendant's motions are DENIED; and it is further

**ORDERED** that sentencing in this matter is set for June 14, 2010 at 10:00 AM. Defendant's sentencing memorandum shall be filed no later than seven (7) days prior to sentencing. The Government's memorandum shall be filed no later than four (4) days prior to sentencing.

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE