NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 09-637 (JLL) |
| Plaintiff, | |
| v. | **ORDER** |
| LEONA BELDINI, | |
| Defendant. | |

On June 8, 2010, Defendant submitted a request for an adjournment of her June 14, 2010, sentencing date. The Government opposed the request. The Court has reviewed both submissions and finds that no evidence has been submitted of an emergent medical basis justifying an adjournment.

Accordingly, it is on this 8th day of June, 2010,

**ORDERED** that Defendant's request for an adjournment is DENIED.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE