**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-637-01 (JLL) |
| Plaintiffs, | |
| v. | **AMENDED ORDER** |
| LEONA BELDINI, | |
| Defendant. | |

This matter comes before the Court by way of the Government's motion to revoke bail [Docket Entry No. 119]. At the request of Brian Neary, counsel for Defendant Beldini, a telephone conference was scheduled for September 8, 2011, to schedule appropriate filing deadlines for the respective parties. Having conferred during the telephone conference with Assistant United States Attorneys Sandra Moser and Steven Sanders as well as counsel for the defense, Brian Neary, Esq., and David Fassett, Esq., and in accordance with the respective dates determined therein;

**IT IS** on this **14ʰ day of September, 2011**,

**ORDERED** that Defendant Beldini shall file opposition, or any motion it deems appropriate, no later than **September 30, 2011**; and it is further

**ORDERED** that the United States shall file opposition no later than **October 7, 2011**; and it is further

**ORDERED** that a hearing on Government's motion to revoke bail and any new matter filed is hereby set for **October 11, 2011**, at **10am**.

**IT IS SO ORDERED.**

/s/ Jose L. Linares
United States District Judge