```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-637 |
| LEONA BELDINI | : | <u>O R D E R</u> |

This matter having come before the Court on:

(1) the Government's Motion to Revoke Bail and Designate Surrender Date filed September 7, 2011 (Docket No. 119), the Defendant's Response in Opposition (Docket No. 123), and the Government Reply to the Defendant's Response (Docket No. 124); and

(2) the unopposed motion of Willis & Young, PC to substitute as counsel for Defendant made orally on the record on October 11, 2011;

and Defendant having appeared before this Court on October 11, 2011, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (Sandra L. Moser, Assistant U.S. Attorney, appearing), and with attorneys Brian Neary, Esq., David W. Fassett, Esq. (appellate counsel), and the law firm of Willis & Young, PC, present for Defendant;

and Defendant having stated to this Court that she wishes to substitute Willis & Young, PC, for present counsel.

IT IS on this 12th day of October, 2011,

ORDERED that the unopposed oral motion of Willis & Young, PC to substitute as counsel for Defendant is GRANTED;

IT IS FURTHER ORDERED that Willis & Young, PC shall file any papers supplementing Defendant's Response in Opposition (Docket No. 123) on or before October 24, 2011; the Government's Reply shall be filed on or before November 3, 2011 and oral argument on the Government's Motion to Revoke Bail and Designate Surrender Date (Docket No. 119) shall be heard on November 9, 2011 at 2 p.m.; and

IT IS FURTHER ORDERED that no further adjournments in this case will be granted absent a motion to this Court.

HONORABLE JOSE L. LINARES
United States District Judge